2025R00321/SM



**FILED**

MAY 18 2026

AT 8:30 _3:00 pm_ M
CLERK, U.S. DISTRICT COURT - DNJ

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

CAMERON PATTERSON

:
:
:
:
:
:

Hon. Judge Julien Xavier Neals

Crim. No. 26-248

18 U.S.C. § 875(c)

## I N D I C T M E N T

### (Interstate Communication of a Threat to Injure)

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

On or about October 6, 2024, in the District of New Jersey, and elsewhere, the defendant,

### CAMERON PATTERSON,

did knowingly transmit in interstate commerce a communication that a reasonable person would view as a threat to injure the person of another, with the purpose of communicating such threat and with knowledge of and reckless disregard of the fact that the communication would be viewed as a threat to injure the person of another, that is, electronic mail containing threats to injure the employees and associates of the Victim Organization, an entity known to the Grand Jury.

In violation of Title 18, United States Code, Section 875(c).

## SPECIAL FINDING

The defendant, **CAMERON PATTERSON**, intentionally selected the object or objects of his offense, the employees or associates of the Victim Organization, because of the actual and perceived race, religion, national origin, and ethnicity of any person, within the meaning of U.S.S.G. § 3A1.1(a).

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of Title 18, United States Code, Section 875(c) charged in this Indictment, the defendant,

### CAMERON PATTERSON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28 United States Code Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

## SUBSTITUTE ASSET PROVISION

If any of the above-described forfeitable property as a result of any act or omission of a defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

A TRUE BILL

ROBERT FRAZER
United States Attorney

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

Susan Millenky
Assistant United States Attorney

Taylor Payne
Trial Attorney

Approved by:

Elaine K. Lou
Chief, Criminal Division

4

CASE NUMBER: ___26-248___

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## CAMERON PATTERSON

# INDICTMENT FOR

18 U.S.C. § 875(c)

A True Bill,

ROBERT FRAZER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

SUSAN MILLENKY
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2700